# United States Court of Appeals
## For the First Circuit

—————————————

No. 15-1307

UNITED STATES OF AMERICA,

Appellee,

v.

FERNANDO DÍAZ-RODRÍGUEZ,

Defendant, Appellant.

—————————————

Before
Torruella, Thompson, and Kayatta,
<u>Circuit Judges</u>.

**ORDER OF COURT**
**Entered: March 17, 2017**

The court's March 13, 2017 opinion is withdrawn, and an amended opinion is to issue this day.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Hon. Francisco A. Besosa
Frances Rios de Moran, Clerk, United States District Court for the District of Puerto
Joshua Louis Solomon
Fernando Diaz-Rodriguez
Brian Kenneth Kidd
Timothy R. Henwood
Myriam Yvette Fernandez-Gonzalez
Nelson Jose Perez-Sosa
Tiffany Veronica Monrose